**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  Alvin Sandles v. Effie Sandles and Reginald Archie

Appellate case number:  01-16-00637-CV

Trial court case number:  428851-401

Trial court:  Probate Court No. 4, Harris County, Texas

Date motion filed:  June 23, 2017

The motion for reconsideration en banc is **DENIED.**

Judge's signature: /s/ Michael Massengale
Justice Michael Massengale, acting for the court

En banc court consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Lloyd.

Date:  July 20, 2017